In the Matter of the Claim of Gerald Walton, Respondent, v. Leach Steel Corp. et al., Appellants. Workmen's Compensation Board, Respondent.

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.